John W. Warner and Mary J. Warner, Respondents, v. George W. Hobbs and Charles H. Hobbs, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Kate Waters, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Mark E. Wood, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

The Banner Rubber Company, Appellant, v. Morris J. Davenport, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Alvah Bartholomew, Appellant, v. Frederick Bartholomew, Respondent.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. No opinion. All concurred, except Cochrane and Sewell, JJ., dissenting.

Henry O. Dusenberry and Charles E. Dusenberry, Appellants, v. Boston and Maine Railroad, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

Sarah E. Kelly, Appellant, v. The Home Savings Bank of the City of Albany and Franklin B. Beers and Harvey S. Bedell, as Executors, etc., of Kate V. Beers, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. All concurred, except Kellogg and Sewell, JJ., dissenting.

Sarah E. Kelly, Appellant, v. The Albany Savings Bank and Franklin B. Beers and Harvey S. Bedell, as Executors, etc., of Kate V. Beers, Deceased, Respondents. — Judgment affirmed, with costs. No opinion. All concurred, except Kellogg and Sewell, JJ., dissenting.

In the Matter of the Application of William C. Duell for a Peremptory Writ of Mandamus against Martin H. Glynn, as Comptroller of the State of New York.— Motion granted, and question certified as follows: The surrogate of Westchester county having recommended a qualified person for appointment under the provisions of section 234 of the Tax Law,* as amended by chapter 368 of the Laws of 1905, as transfer tax assistant in his office, may the Comptroller appoint another qualified person, who has not been recommended by the surrogate? †

Almeda Morrell, Respondent, v. The Village of Sandy Hill, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Chester and Kellogg, JJ., dissenting.

The People of the State of New York, Respondent, v. Ansel W. Dunham, Appellant.— Judgment affirmed. No opinion. All concurred, except Smith, P. J., not voting, and Sewell, J., dissenting.

Margaret Polhamus, as Sole Administratrix, etc., Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Motion granted, with ten dollars costs, unless within twenty days the appellant pays to the

* Laws of 1896, chap. 908.— [Rep.

† See Matter of Duell v. Glynn (122 App. Div. 314).— [Rep.